UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

Worldwide Innovations & Technologies, Inc, et al
versus                                                                                  CIVIL ACTION NO. 1:06CV285-M-D
Microtek Medical Inc., et al

**CLERK'S ORDER TO SHOW CAUSE**

By Standing Order entered October 1, 2005, the judges of the United States District Court for the Northern District of Mississippi directed that effective January 1, 2006, all cases, motions, memoranda of law, and other pleadings filed with the court be filed through the court's Electronic Case Filing (ECF) System.

It appears from the court's electronic case files that Kenneth Cuccinelli and Earl Trey Mayfield counsel of record for Worldwide Innovations & Technologies, Inc. and Angio Systems, Inc. have failed to conform with or abide the court's order mandating electronic case filings and servings.

ORDERED, that Kenneth T. Cuccinelli and Earl Trey Mayfield are granted twenty (20) days to show cause, if any, why they should not be required to register for the court's ECF System and thereafter to file and serve all pleadings and other case-related documents electronically.

FURTHER ORDERED, if Kenneth T. Cuccinelli and Earl Trey Mayfield fail to show cause, or if the showing is deemed insufficient to justify an exception to the court's order mandating use of the ECF system, then Kenneth T. Cuccinelli and Earl Trey Mayfield shall be prohibited from filing and serving pleadings and other case-related documents in this civil action.

ORDERED, this 14th day of February, 2007.

David Crews, Clerk
/s/ Debi Houston
Deputy Clerk/Case Manager