UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **WORLDWIDE INNOVATIONS &** | ) | |
| **TECHNOLOGIES, INC. et al.** | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **NO. 1:06CV285-MD** |
| | ) | |
| **MICROTEK MEDICAL, INC. et al.** | ) | |
|     Defendants. | ) | |

## AGREED ORDER FOR ADDITIONAL TIME

**UPON** motion made by Plaintiffs, Worldwide Innovations Technologies, Inc. and Angio Systems, Inc., and the Court finding the same is well taken, it is hereby,

**ORDERED AND ADJUDGED** that Plaintiffs, Worldwide Innovations Technologies, Inc. and Angio Systems, Inc., shall have until April 16, 2007 in which to respond to Defendant Microtek Medical, Inc.'s Motion for Summary Judgment of Non-Infringement and Invalidity of U.S. Patent 4,938,233 and Request for Oral Argument and Defendant Aadco Medical, Inc.'s Joinder in the above referenced matter. Defendant Aadco Medical, Inc. only recently filed its Joinder and counsel for Plaintiffs has other commitments during the responsive time period which necessitates the additional time, including but not limited to, service in the Virginia State Congress. Further, separate counsel for Microtek Medical, Inc. and Aadco Medical, Inc. have advised that they are not opposed to Plaintiffs' request for additional time and agree to the extension.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiffs Worldwide Innovations Technologies, Inc. and Angio Systems, Inc., shall have up to and including April 16,

352810.WPD

2007 in which to respond to Defendant Microtek Medical, Inc.'s Motion for Summary Judgment of Non-Infringement and Invalidity of U.S. Patent 4,938,233 and Request for Oral Argument and Defendant Aadco Medical, Inc.'s Joinder.

    **SO ORDERED** this 15th day of March, 2007.


                                 **/s/ Michael P. Mills**
                                 **UNITED STATES DISTRICT JUDGE**

352810.WPD

**Approved and Agreed:**

/s/ B. Wayne Williams
B. Wayne Williams, Esq.
Webb, Sanders & Williams PLLC
P.O. Box 496
Tupelo, MS 38802-0496
(662) 844-2137
(662) 842-3863 facsimile
waynew@webbsanders.com
**Counsel for Worldwide Innovations and Technologies, Inc. and AngioSystems, Inc.**

/s/ Kenneth T. Cuccinelli
Kenneth T. Cuccinelli, Esq.
Earl N. (Trey) Mayfield, III
Cuccinelli & Day, PLLC
10560 Main St., Ste. LL-17
Fairfax, VA 22030
(703) 268-5600
(703) 268-5602 facsimile
**Co-counsel for Worldwide Innovations and Technologies, Inc. and AngioSystems, Inc.**

/s/ John W. Crowell
John W. Crowell, Esq.
Gholson, Hicks & Nichols
P. O. Box 1111
Columbus Mississippi, 39703-1111
(662) 243-7308
(662) 327-1485 facsimile
jcrowell@ghnlaw.com
**Counsel for Microtek Medical, Inc.**
/s/ Brad P. Williams
Brad P. Williams, Esq.
Baker Botts, L.L.P.
2001 Ross Avenue, Ste. 600
Dallas, TX 75201
(214) 953-6500
(214) 953-6503 facsimile
brad.williams@bakerbotts.com
**Counsel for Microtek Medical, Inc.**

/s/ Stephan Land McDavid
Stephan Land McDavid, Esq.

352810.WPD

Harris Shelton Hanover Walsh, PLLC
Post Office Box 1113
Oxford, Mississippi 38855
(662) 281-8300
(662) 281-8353
**Counsel for Aadco Medical Inc.**

352810.WPD